UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE MIGUEL ALBIZU,

                      Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/2021

20 **CIVIL** 7903 (AT)(GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 26, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C., 405(g) for further administrative proceedings including, but not limited to, offering Plaintiff another opportunity for a hearing, updating the evidence of record, taking any further action necessary to develop the administrative record and issuing a new decision.

**Dated:** New York, New York
        July 27, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**
                        **BY:**
                                                  **Deputy Clerk**